Mel Marin               October 10, 2022
Box 80715
San Diego, CA 92136

Plaintiff       92138
*Pro Se*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MEL MARIN, | ) | Civil 22-cv-2839 (LTS) |
| Plaintiff, | ) | ADDRESS CHANGE |
| v. | ) | |
| CHANCELLOR *etc*. | ) | |
| Defendants. | ) | |

Plaintiff's new address is above.

DATED: October 10, 2022

1

