UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEL MARIN,<br><br>                        Plaintiff,<br><br>-against-<br><br>THE CHANCELLOR OF THE UNIVERSITY OF OXFORD; THE UNIVERSITY OF OXFORD,<br><br>                        Defendants. | 22-CV-2839 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated June 15, 2022, the Court directed Plaintiff, within thirty days, to submit an amended request to proceed *in forma pauperis* ("IFP application") and prisoner authorization or pay the $402.00 in fees required to file a civil action in this court.

      The Court denied requests Plaintiff made to file his amended IFP application under seal, and for a stay. The Court did, however, grant Plaintiff extensions of time to comply with the June 15, 2022, order. On October 3, 2022, the Court granted Plaintiff 30 days to file an amended IFP application, and warned him that failure to comply would result in dismissal of the complaint. (ECF Nos. 4-9.)

      Plaintiff has not filed an amended IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

2

      The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   December 9, 2022
            New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                    Chief United States District Judge