UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEL MARIN,<br><br>                                Plaintiff,<br><br>             -against-<br><br>THE CHANCELLOR OF THE UNIVERSITY OF OXFORD, ET AL,<br><br>                                Defendants. | 22-CV-2839 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the December 9, 2022, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  December 9, 2022
           New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge